# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

## CRIMINAL MINUTES - SENTENCING HEARING

| | | | |
|---|---|---|---|
| Case No.: | 4:09CR00023-1 | Date: | 10/5/09 |
| Defendant: | SHEILA HAIRSTON | Counsel: | Larry W. Shelton (FPD) |

**PRESENT:**
- Judge: Hon. Jackson L. Kiser
- Deputy Clerk: Martha L. Hupp
- Court Reporter: Carol Jacobs
- AUSA: Andrew Bassford for Charlene Day
- USPO: Kristy Burton
- Interpreter: N/A
- Case Agent: M. McIntosh, U.S. Secret Service

### LIST OF WITNESSES

| GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

**PROCEEDINGS:**

(X)   No Objections to Presentence Report.

( )   Court inquires as to Obj(s) to Presentence Report made by ( ) USA ( ) Defendant.
       Court ( ) overrules ( ) grants Objection(s).

(X)   Court adopts Presentence Report and accepts Plea Agreement.

( )   Government Motion for Substantial Assistance.
       Court ( ) grants ( ) denies

( )   Defendant Motion for Downward Departure/Variance.
       Court ( ) grants ( ) denies

(X)   Allocutions

**SENTENCE IMPOSED AS FOLLOWS:**

- **CBOP:** 18 months, on Counts One, Three and Ten, to be served concurrently
- **SR:** 3 years on each of Counts One, Three, and Ten, all such terms to run concurrently - comply w/Standard, Mandatory & Special Conditions
- **SA:** $300.00 due immediately
- **REST.:** $109,684.98
- **FINE:** Waived

( )   Court recommends as follows:
  - ( ) That Defendant participate in the residential Drug Treatment Program while imprisoned.
  - ( ) That Defendant be housed at .

**SPECIAL CONDITIONS (Check applicable conditions):**

( )	The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

( )	The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

( )	The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

( )	The defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer, to determine whether the defendant is in possession of firearms and illegal controlled substances.

(X)	The defendant shall pay any special assessment and restitution that is imposed by this judgment.

(X)	The defendant shall not incur new credit charges or open additional lines of credit without the approval of the supervising officer.

(X)	The defendant shall provide the probation officer with access to any requested financial information.

(X)	The defendant shall file all tax returns with the Internal Revenue Service as required by law and provide the probation office with proof of such filings.

( )	The defendant shall be prohibited from engaging in certain banking activities pursuant to 12 U.S.C. § 1829(a).

( )	The defendant shall perform  hours of community service to be worked out with and approved by the supervising officer.

( )	The defendant shall participate in the Home Confinement Program under home detention for a period of  months and shall abide by all program requirements. The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; or other activities pre-approved by the probation officer.

( )	While under home detention, the defendant shall submit to electronic monitoring and shall pay the costs of the electronic monitoring service.

( )	Within  days of release on , the defendant shall register with the VA Dept. of State Police, Sex Offender Registry.  The defendant shall also notify this agency within 30 days of any change of residence.

( )	Upon release from imprisonment, the defendant shall be delivered to an authorized immigration official for deportation proceedings and shall remain outside of the United States.

**PAYMENT SCHEDULE:**

(X)  A lump sum payment of $300.00 immediately, and during the term of imprisonment, payments in equal monthly installments of $25.00, or 50% of the defendant's income, whichever is less, to commence 60 days after the date of this judgment; and payments in equal monthly installments of $100.00 during the term of supervised release, to commence 60 days after release from imprisonment.

**ADDITIONAL RULINGS:**

( )  Defendant shall forfeit his interest in the property listed in the Order of Forfeiture entered on .

( )  Order of Forfeiture shall be made a part of the judgment in this case.

( )  Defendant shall be permanently ineligible for all federal benefits.

(X)  Counts Two, Four through Nine, and Eleven through Twenty-six dismissed on Government Motion.

(X)  Defendant advised as to right to appeal.

( )  Defendant remanded to custody.

(X)  Defendant to remain on bond and self report:
   ( )  to the U. S. Marshal _____ .
   (X)  to the institution designated by the Bureau of Prisons as directed by the U. S. Marshal.
   ( )  to the institution designated by the Bureau of Prisons as directed by the U. S. Probation Office.

**TIME IN COURT:**     10:02-10:19 (TOTAL: 0:17)